IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STERLIN REAVES, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-01869-CRE |
| ) | |
| v. ) | |
| ) | Chief Magistrate Cynthia Reed Eddy |
| JOHN WETZEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Sterlin Reaves, and Defendants John Wetzel, *et al.*, through their counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: April 14, 2021

/s/ Hudson M. Stoner
Hudson. M Stoner (Pa. ID 326013)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
(412) 355-6500 (tel)
(412) 355-6501 (fax)

*Counsel for Plaintiff*

/s/ Scott A. Bradley
Scott A. Bradley (Pa. ID 44627)
Office of Attorney General
1251 Waterfront Place

Mezzanine Level
Pittsburgh, PA 15222

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      The undersigned certifies this 14th day of April 2021 that a true and correct copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically. Parties may access this filing through the Court's ECF/PACER system.

                                                                   */s/ Hudson M. Stoner*
                                                                   Hudson M. Stoner